Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED

# UNITED STATES DISTRICT COURT
## for the
## District of
## Division

2019 NOV 25 PM 5:20

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Judith Q Womer
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

First Baptist Church of Sarasota
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 8:19-cv-2916-T-35SPF
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Judith Q Womer
Street Address: P.O. Box 1644
City and County: Sarasota, 
State and Zip Code: Fl - 34230
Telephone Number: 941-372-0159 / Pager
E-mail Address: jwflA2012 @ yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Pastor Bell Held
- Job or Title (if known): Senior Pastor
- Street Address: 1661 Main Street
- City and County: Sarasota
- State and Zip Code: Florida 34236
- Telephone Number: 941-365-2846
- E-mail Address (if known): pastor.Bell@

Defendant No. 2
- Name: Donna Booth
- Job or Title (if known): Director of Childrens Ministries
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known): Donna@

Defendant No. 3
- Name: Bryan Lippa
- Job or Title (if known): Senior Accountant
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Donna Cupiche
- Job or Title (if known):
- Street Address: Sunday School Teacher
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant 5,**

- Karen Stocks

Nursery worker / Sunday school teacher

**Defendant 6**

Jenny Harrison
New Children's Ministry director,

**Defendant 7**

Don Boyd
Senior Church Administrator

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: First Baptis Church
Street Address: 1661 Main Street
City and County: Sarasota,
State and Zip Code: Florida 34236
Telephone Number: 941-365-2846

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✓] Other federal law *(specify the federal law)*: Retaliation, and mal/alledged

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [x] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts (specify): Stalkings, Libel, Slander + more alledged

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) After I told Rusty Bell I witnessed 5 cops Beating the LIFe out of 4 Innocent People AnD Laughing 10/1/2008!

C. I believe that defendant(s) (check one):
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
- [ ] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age (year of birth) _____ (only when asserting a claim of age discrimination.)
- [x] disability or perceived disability (specify disability) He screamed at me stating I was not Disabled

E. The facts of my case are as follows. Attach additional pages if needed. I will later elaborate,

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* I Did twice, Once In 2015 and another In 2018, I believe 2 were closed by a Powerful Politician In Washington, DC.

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* August 29, 2019

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am seeking relief, damages for the acts I alledged Pastor Bill, and various staff members did against me in the amount of $500,000.00 Due to the nature, extent and Total Ramification that has been going on Since 10/1/2008, and is still going on today. All my opinion. Judest G. Werner

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/25/19

Signature of Plaintiff: Judith A. Wismer
Printed Name of Plaintiff: Judith A. Wismer

### B. For Attorneys

Date of signing: 11/25/19

Signature of Attorney: Judith A. Wismer Pro Se
Printed Name of Attorney: Judith A. Wismer
Bar Number:
Name of Law Firm: Pro Se
Street Address: P.O. Box 1644
State and Zip Code: Sarasota, FL 34236
Telephone Number: 941-372-0155
E-mail Address: jwsfla2012@yahoo.com

United States District Court
Middle District Of Florida
Tampa Division

Judith Wismer
  plaintiff

V.

Case NO.
8:19-cv-2916-T-35SPF

First Baptist Church of Sarasota

Complaint and Demand for Jury Trial

Subject - Matter Jurisdiction. I am asking the Middle District of Florida to hear my case that Involves: Civil Rights Violations, Federal ADA Violations, Federal Employment Law Violations, that Included Retaliations against me.

My claim is that I was Discriminated for my disability, homelessness and Related against by various staff members for Reporting these Civil Rights Violations In 2015 and again In 2018, and I was continually harassed and threatened by the auxiliary staff who I witnessed Beat the Living shit out of 4 Innocent People and Laugh, 5 officers had stopped themselves, threatened the wrong people in that case. Subsequently I was fired.

Judith G. Wismer
11/23/19

United States District Court
Middle District of Florida
Tampa Division

Judith Wismer
    Plaintiff,

V.-

Case NO.
8:19-cv-2916-T-35SPF

First Baptist Church
of Sarasota,
        Defendant

Complaint and Demand for Jury Trial

United States District Court
Middle District of Florida
Tampa Division

Judith A. Wismer
---
Plaintiff / Petitioner

First Baptist Church
Of Sarasota
---
Defendant / Respondent

Civil Action No.
8:19-CV-2916-T-35SPF

Judith Wismer
Pro Se

November 22, 2019
P.O. Box 1644
Sarasota, FL 34230
941-372-0159
JWFLA2012@Yahoo.Com

# Certificate of Service

I hereby certify that on November 22, 2019, I filed the forgoing Complaint with the Clerk of the United States District Court Middle District of Florida, Tampa Division. I further certify that I will be mailing the Complaint within the 90 days allotted to the defendant and their attorneys.

First Baptist Church
of Sarasota
---
The Defendant
1661 Main St
Sarasota, Fl
34236

Jennifer Fowler-Hermes
Williams-Parker-Harrison
Dietz and Betzen
200 S. Orange Avenue
Sarasota, Florida 34236

Judith A Wismer   11/25/19
/S/ Pro Se Judith Wismer
Plaintiff

P.O. Box 1644
Sarasota, FL 34236
Pager 941-372-0159
JWSIA2012@yahoo.com