# Judith Wismer ...

# Nanny on Call USA



N | A | N | N | Y | U | S | A

## Meet Judith

### PROFESSIONAL OBJECTIVE

To Provide the best, safest and the most loving childcare possible for children and their parents. In a loving, caring and enjoyable atmosphere.

**Judith Wismer**
P.O. Box 1644
Sarasota, FL 34230
Pager 941-372-0159
nannyoncallusa@yahoo.com
nannyoncall911@yahoo.com
nannyoncall911fla@yahoo.com



### SUMMARY OF QUALIFICATIONS

In my thirty years of childcare experience as a Nanny/Governess, I have been responsible for the daily care of many children from the age of 3 1/2 months pre-mature babies to 15 years of age. I have had a variety of opportunities and different positions such as: Full time, Part time, Vacation Nanny, Share a Nanny, On Call Nanny and a Backup Nanny.

I have also been a Preschool Teacher, Substitute Preschool Teacher, Nursery Worker, Sunday School Teacher, After School Care, Christian Retreat Activities Director, Youth Activities Director, and a Mothers Morning Day Out Co-Director.

My responsibilities have included: age appropriate educational activities indoors and out, preparing nutritional meals and snacks, assisting with school requirements such as: homework, book reports, projects, age appropriate: literature, online programs, websites, activities, games, crafts and toy selection.

I am experienced in a variety of bedtime routines and nighttime concerns. I also have the educational training and the experience in many childcare areas such as: neo-natal: CPR, heart monitor, oxygen tanks, feeding tubes, physical therapy, allergic conditions, nutritional concerns, skin conditions, minor mishaps and emergencies.

I have the educational training and experience in childcare, education and development from infants through their teens, learning disabilities, muscular dystrophy and gifted children. I have had the pleasure of working with a variety of children over the years and I have encouraged them in the joy of education, exploration, creativity and self-confidence.

Because of my education, background, training and experience, I consider myself an asset to my profession. Not only do I take care of the children, I have assisted families in light housekeeping, errands, laundry, meal preparation, grocery shopping, transporting children to and from various school activities and sports, plus basic household management. I am also experienced in adult care.

## Nanny On Call

Back To Top

I am a NANNY ON CALL, a temporary nanny that is willing to travel anywhere ON Short Notice. It is my goal to assist parents who have not found the perfect nanny and to hold them over while they search. I hope you have found the perfect nanny but, if not I would like to offer my services as a temporary nanny. I can not only do the job for you but, I can sit down with you and help you define the qualifications and the job description in your ads Or just give you input as a professional nanny's point of view. Please feel free to email me if you have any general nanny questions. I would love to assist you if I can.

I am also a Vacation Nanny. Whether it is staying at your house while you leave for a couple of weeks or travel with the family, I give the vacationing family flexibility to enjoy their vacation as a family and have time as a couple too. On the other hand, the security and piece of mind knowing that their children are at home having a nanny vacation with me, The Nanny On Call.
I love children. In addition, love to keep them happy and safe. In the process we have fun: playing, singing, reading, doing crafts, cooking, baking, exploring, walking, enjoying nature, visiting the local museums & attractions. Plus, a whole lot more. Everyday is a new adventure tailored to the individual child's: interest, skills and hobbies.

I love working with all children. Learning about them, their town and culture is extremely educational & interesting to me. In addition, meeting theirs parents from all over the world is fascinating. Many times, I get more out of their visit than they do.

When families first met me, their first impression is sometimes confusing and startling. They wonder who is this lady with all these bags and stuff. When I open them the parents and the children are both overwhelmed and surprised.
After they have known me for a while, they describe me as an American Mary Poppins. Instead of an umbrella, I pull a luggage cart filled with bags of toys, books, games, and treats for their children. They always say I bring an excessive amount of toys, too much for one night. I always try to bring enough to satisfy the most active, crafty and curious child so no one is disappointed or bored.

I have worked in churches, daycare's, and preschools and as a private nanny for many families, some at the same times. I prefer to be a Nanny On Call. It allows me flexible that keeps childcare Interesting, creative and fresh. Children have always made my job interesting do their individuality. They make it fun, exciting and are always challenging me as I do them.

That is where I can be of help. I provide a much-needed night out. Parents go on a much-needed vacation and take their children. As much as they love them, Mom and Dad need a break, too. I try to make Parents and the children feel at ease, by visiting them a day or two before the actual assignment and answer questions. Then a stranger arriving to baby sit does not surprise the children.

I am Deeply dedicated to my chosen profession, I have spent most of my life gaining the training, education and experience in childcare development from: premature infant care to the teen years, including learning disabilities, muscular dystrophy and the gifted. Having been a substitute church & pre schoolteacher, I encourage, stimulate and promote child developmental growth and joy through education, exploration, creativity and self-confidence. I have been trained and have the experience in CPR, heart monitors, oxygen tank use, feeding tubes, physical therapy, and many other areas not handled by the basic babysitter. I am also experienced in household management and handle light housekeeping duties once the children are asleep.

Sincerely
Judith Wismer

## Education

Back To Top

Adult and Child CPR - November 2006
Adult and Child first aid - November 2006
Neo-natal CPR, heart monitor and oxygen tank - Dec. 2003
Criminal Justice - University of South Florida - 1979-1982
Criminal Justice, Architectural Engineering - Manatee Jr. College - 1976-1979

## References

Back To Top

**Dear Interested Parents**,
In the past thirty years I have, as a Professional Nanny I had the privilege and the opportunity to work with many young professionals taking care of there children and assisting with basic house hold management, making their hectic lives more enjoyable and manageable.
I believe my skills and my experience as a Professional Nanny On Call are the specific qualifications many families are looking for to assist them. I am extremely enthusiastic and dedicated to childcare and its responsibilities.

I believe that my analytical skills allow me to motivate and encourage children. My organizational and administrative skills help me assist families in the basic household duties. My business as a Nanny on Call has allowed many families the flexibility needed in their daily lives.

As my resume shows, I have the experience and education in many childcare areas. Plus I have taken care of many children with a variety of needs. I would enjoy discussing further details of my profession with you and how I can assist you should you require a professional nanny.

Thank you for your consideration. I look forward to meeting you. Please feel free to page me if you would like to schedule a meeting.

Sincerely
Judith

**Click the name to read the reference letter:**

Maggie Digiovanni, Letter to the Editor
Douglas L. Kirkland, Attorney At Law
Michael Klauber, Michael's Gourmet Group
Michal Rasmussen
Tricia L. Alexander, First Class Cleaners
Suzanne Munroe
Cassandra Roulette
John Caragiulo
Ogden Clark Jr.
Lauren Synnott

## Contact Judith

Back To Top

**Judith Wismer**
P.O. Box 1644

Sarasota, FL 34230

Pager 941-372-0159

nannyoncallusa@yahoo.com
nannyoncall911@yahoo.com
nannyoncall911fla@yahoo.com

Back To Top

**Adcan, DC Area Nannies, - December 2006**
**NANC, National Association for Nanny Care - December 2006**
**International Nanny Association of August 2005**
**Longboat Key, Lido Key and St. Armands Circle**
**Chamber of Commerce - July 2005**
**References, Background checks, Letters of Recommendation, Cancellation Policies, Bonding, Childcare Rates Per Child, Portfolio and Sample Crafts Available upon Request.**

***Attention First Time Pagers, Please Page me "Twice" To Assure Number Authenticity. Thank You!**

Back To Top

**Nanny On Call in Sarasota's Finest Resorts 1976-Present**
At: The White Sands, Veranda, Hilton, Hyatt, Ritz, Key Club, Key Club, Marriott, The Players Club, and Colony

**Temporary Traveling Nanny - March 2006 ~Present**
Synnott Family, Jackson, NH - November 2006
DS Pensley, Washington DC - July-August 2006
Wendy Agah, West Port, CT - March 2006
Diane Stephens, Mt. Lakes, NJ - April - June 2006
DS Pensley, Ithica, NY - March 2006

**Nanny/Live Out**
Michael Klauber, Sarasota, FL. - May 2003-May 2005
Susan Chambers, Sarasota, FL. - August 2004-May 2005
Dr. Agnes Nall, Sarasota, FL. - April 2005-May 2005
Virginia Masters, Sarasota, FL. - January 2004-August 2004
Cassandra and Randal Roulette, Sarasota, FL. - 2000-2002
Suzanne and Richard Munroe, Sarasota, FL. - 1997-2002
Denise and John Caragiulo, Bradenton, FL. - 1991-2002
Susan and Ogden Clark, Jr., Bradenton, FL. - 1986-1998
The Williams Family, Sarasota, FL, - 1982-1996
High School and College Child Care - 1972-1982
Infant and Toddler Child Care - 1965-1972

**Legal**

*Back To Top*

FDLE - Florida Department of Law Enforcement

VALEK - Insurance and Bonds

Sheriff of Sarasota County, Florida

Copyright © 2006 & beyond, Judith Wismer. Nanny On Call USA. All rights reserved.